**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

TOUCHPOINT PROJECTION
INNOVATIONS, LLC,

      Plaintiff,

      v.

AUTHENTIC8, INC.

      Defendant.

**CASE NO. 3:25-cv-00867-DJN**

**JURY TRIAL DEMANDED**

## <u>ORDER</u>

The Court, having considered the UNOPPOSED MOTION FOR A 30-DAY STAY OF ALL PENDING DEADLINES AND NOTICE OF SETTLEMENT,

GRANTS the Motion.

Accordingly, it is hereby ORDERED that all pending motions, actions and deadlines are stayed for thirty (30) days, up to and including February 12, 2026.

IT IS SO ORDERED.