IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

TOUCHPOINT PROJECTION
INNOVATIONS, LLC,
     Plaintiff,

v.
                                        Civil No. 3:25cv867 (DJN)

AUTHENTIC8, INC,
     Defendant.

**ORDER**
**(Acknowledging Notice of Settlement and Staying All Deadlines)**

This matter comes before the Court on the parties' Unopposed Motion for a 30-Day Stay of All Pending Deadlines and Notice of Settlement. (ECF No. 17.) The parties informed the Court that they have agreed to settle all claims in this matter and are in the process of preparing and finalizing a Confidential Settlement Agreement and Stipulated Dismissal. (ECF No. 17.) The parties request that the Court stay all pending motions, actions and deadlines for thirty (30) while they prepare their resolution of this lawsuit. (*Id.* at 1.) Accordingly, the Court hereby STAYS all pending motions, actions and deadlines in this case until February 13, 2026, by which time the parties shall file a Stipulation of Dismissal and any related filings.

Let the Clerk file this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                       /s/
                                       David J. Novak
                                       United States District Judge

Richmond, Virginia
Dated: January 13, 2026