IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

TOUCHPOINT PROJECTION
INNOVATIONS, LLC,
    Plaintiff,

v.
                                          Civil No. 3:25cv867 (DJN)

AUTHENTIC8, INC.,
    Defendant.

## ORDER
### (Acknowledging Stipulation of Dismissal with Prejudice)

This matter comes before the Court on Plaintiff Touchpoint Projection Innovations, LCC's ("Plaintiff") Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).[1]  (ECF No. 19.)  The Court hereby ACKNOWLEDGES this voluntary dismissal with prejudice, with each party to pay their own costs and fees.

The Court DIRECTS the Clerk's Office to close this case.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____
David J. Novak
United States District Judge

Richmond, Virginia
Dated: February 3, 2026

---

[1] Rule 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Here, Defendant failed to file either an answer or motion for summary judgment.